HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-PO-00091-SAB |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| NATHAN D ELLIOT, | |
| *Defendant,* | |

Defendant Nathan D Elliot, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On January 3, 2020 Mr. Elliot was cited for operating a vehicle without due care in violation of 36 C.F.R. § 4.22 (b) (1). This is a class B misdemeanor that authorizes up to 6 months in custody. Mr. Elliot had his initial appearance on June 30, 2020, and there is currently a bench trial scheduled for October 30, 2020.

The attached Financial Affidavit is submitted as evidence of Mr. Elliot's financial inability to retain counsel. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED:  August 6, 2020            */s/ Eric V. Kersten*
                                                      ERIC V. KERSTEN
                                                      Assistant Federal Defender
                                                      Branch Chief, Fresno Office

**O R D E R**

Being satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **August 6, 2020**

UNITED STATES MAGISTRATE JUDGE