```
1   McGREGOR W. SCOTT
    United States Attorney
2   PHILIP N. TANKOVICH
    Special Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, California 93721
4   Telephone: (559) 497-4000

5   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-po-00091-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| NATHAN D. ELLIOT, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the trial date of October 30th, 2020 at 9:00am.

DATED: October 22, 2020                    Respectfully submitted,

                                                       McGREGOR W. SCOTT
                                                       United States Attorney

                             By:    /s/ Philip N. Tankovich
                                    PHILIP N. TANKOVICH
                                    Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the trial date of October 30th, 2020 at 9:00am is vacated.

IT IS SO ORDERED.

Dated:   **October 22, 2020**

UNITED STATES MAGISTRATE JUDGE